IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY LYNN HILL, JR.                                                                                  PLAINTIFF

V.                                          3:07CV00094 SWW/HDY

JACK McCANN, Sheriff, Craighead
County; STEVE METCALF, Craighead County
Sheriff's Department; KAY HARRIS,
Craighead Count Sheriff's Department;
PAUL BELIONS, Craighead County Sheriff's
Department; and JANE DOE, a/k/a "Peggy,"
Kitchen Supervisor, Craighead County
Sheriff's Department                                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff, who was being held at the Craighead County Detention Center for unspecified reasons, filed this action on July 9, 2007 (docket entry #1) unaccompanied by an Application to Proceed *In Forma Pauperis*. The undersigned entered an Order on July 11, 2007 (docket entry #2) directing Plaintiff to submit an *In Forma Pauperis* application and an Amended Complaint explaining specifically how the named Defendants were responsible for the injury that Plaintiff claimed. Simultaneously, Plaintiff notified the Court that his address had changed, apparently reflecting his release from the jail. A copy of the July 11th Order was then also mailed, on the day

it was entered, to Plaintiff at his new address. *See* docket entry #4. This correspondence has not been returned to the Court as undelivered.

Local Rule 5.5(c)(2) provides that if any communication from the Court to a *pro se* litigant is not responded to within thirty days, the case may be dismissed without prejudice. More than thirty days have now passed since the Court entered and mailed its Order to Plaintiff directing him to file further pleadings, and the Court has had no communication from Plaintiff since July 11, 2007. Under these circumstances, the undersigned concludes that this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) ("District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and we review the exercise of this power for abuse of discretion.")

## **CONCLUSION**

IT IS THEREFORE RECOMMENDED that Plaintiff's cause of action be dismissed without prejudice.

. DATED this __15__ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE