**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRY LYNN HILL, JR.                                                                                   PLAINTIFF

V.                                            3:07CV00094 SWW

JACK McCANN, Sheriff, Craighead
County; STEVE METCALF, Craighead County
Sheriff's Department; KAY HARRIS,
Craighead Count Sheriff's Department;
PAUL BELIONS, Craighead County Sheriff's
Department; and JANE DOE, a/k/a "Peggy,"
Kitchen Supervisor, Craighead County
Sheriff's Department                                                                                   DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.         IT IS THEREFORE ORDERED that Plaintiff's cause of action is dismissed without prejudice.

.       DATED this13th day of September 2007.


                                                            /s/Susan Webber Wright

                                                            UNITED STATES DISTRICT JUDGE