**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRY LYNN HILL, JR.                                                                                          PLAINTIFF

V.                                             3:07CV00094 SWW

JACK McCANN, Sheriff, Craighead
County; STEVE METCALF, Craighead County
Sheriff's Department; KAY HARRIS,
Craighead Count Sheriff's Department;
PAUL BELIONS, Craighead County Sheriff's
Department; and JANE DOE, a/k/a "Peggy,"
Kitchen Supervisor, Craighead County
Sheriff's Department                                                                                          DEFENDANTS

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of September 2007.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE